UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Anitra Jenkins,                                        Case No. 15-cv-1981 (PAM/FLN)

                Petitioner,

v.                                                              **ORDER**

Julie Nicklin,

                Respondent.

_____

This matter is before the Court on Magistrate Judge Noel's Report and Recommendation ("R&R") dated May 6, 2015. In the R&R, Magistrate Judge Noel recommends that the Court deny Jenkins's habeas petition and dismiss this case for lack of jurisdiction. Within fourteen days after being served with a copy, unless a different deadline is set, any party may file objections to the R&R. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2); D. Minn. LR 72.2(b)(1). No party has timely objected to the R&R. Accordingly, **IT IS HEREBY ORDERED** that:

     1.      The R&R (Docket No. 3) is **ADOPTED**;

     2.      Jenkins's Petition for a Writ of Habeas Corpus (Docket No. 1) is **DENIED**;

     3.      This case is **DISMISSED** without prejudice for lack of jurisdiction; and

     4.      Jenkins's Motion to Appoint Counsel (Docket No. 2) is **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: <u>June 3, 2015</u>                       *s/ Paul A. Magnuson*
                                              Paul A. Magnuson
                                              United States District Court Judge